IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LA'KEYA KEO, | : | |
|    Plaintiff | : | No. 1:24-cv-01788 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| LANCASTER BEHAVIORAL HEALTH HOSPITAL, | : | (Magistrate Judge Schwab) |
| | : | |
|    Defendant | : | |

## ORDER

Before the Court in the above-captioned action is the November 21, 2024 Report and Recommendation of Magistrate Judge Schwab (Doc. No. 5), recommending that the Court transfer this action, pursuant to 28 U.S.C. § 1406(a), to the United States District Court for the Eastern District of Pennsylvania, which is the appropriate venue for this case based on events alleged to have occurred at the Lancaster Behavioral Health Hospital, located in the Eastern District of Pennsylvania.  See 28 U.S.C. § 1391(b) (listing bases for venue including a judicial district "in which a substantial part of the events or omissions giving rise to the claim occurred"); 28 U.S.C. § 118(a) (listing counties included in the Eastern District of Pennsylvania and naming Lancaster).  On December 10, 2024, Plaintiff La'Keya Keo ("Plaintiff") filed a response to the Report and Recommendation (Doc. No. 6) in which she states her lack of opposition to the transfer of this case to the correct judicial district.  See (Doc. No. 6 at 1 ("if it needs to be transferred to the correct court I give my authorization")).

**AND SO**, on this 10th day of December 2024, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

    1.    The Court **ADOPTS** the Report and Recommendation (Doc. No. 5) of Magistrate Judge Schwab; and

2. The Clerk of Court is directed to **TRANSFER** the above-captioned action to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1406(a) and **CLOSE** this case.[1]

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

---

[1] Pursuant to Magistrate Judge Schwab's recommendation (Doc. No. 5 at 4), the Court defers resolution of Plaintiff's pending motion to proceed in forma pauperis (Doc. No. 4) to the transferee court.